IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE WILLIAM WATSON, SR.,

    Plaintiff,

    v.

Case No. 19-cv-884-bbc

DANE COUNTY CHILD SUPPORT
AGENCY, DANIEL M. FLOETER,
ANDREA BRENDEMUEHL, JESSE
HELLERUD, JEFFREY SKATRUD,
CARLO ESQUEDA, LAUREN JOHNSON,
LISA JOHNSON, SCOTT STEWART,
COURT COMMISSIONERS,
TRACY SCHMIDT AND TODD KRIESS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 12/16/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |